IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00279-MSK-MEH

WANDA HASTY,
TIMOTHY HASTY,
CLYDE I. CAMPBELL, JR., and
LORETTA CAMPBELL,
          Plaintiffs,

v.

FREMONT PAVING & REDI-MIX, INC., and
ARY BROTHERS TRUCKING, INC.,
      Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiffs' Motion to Remand **(#7)** filed on March 20, 2006. A review of the Motion indicates that Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#7)** is **DENIED**, without prejudice.

DATED this 20th day of March 2006.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge